UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

STEVEN BLAGEC,

        Plaintiff,

Case No. 2:04-CV-296

v.

Hon. Richard Alan Enslen

MINER'S INCORPORATED, a
Minnesota corporation, d/b/a
Super One Foods, and UNITED
FOOD & COMMERCIAL WORKERS
UNION, LOCAL 73A,

**JUDGMENT**

        Defendants.
_____/

    In accordance with the Opinion of this date;

    **IT IS HEREBY ORDERED** that Defendants Miner's Incorporated and United Food & Commercial Workers Union, Local 73A's Joint Motion for Summary Judgment (Dkt. No. 37) is **GRANTED** and Judgment is entered in favor of Defendants and against Plaintiff Steven Blagec as to all claims brought.

Dated in Kalamazoo, MI:                      /s/Richard Alan Enslen
November 28, 2005                         Richard Alan Enslen
                                              Senior United States District Judge